UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES SANDFORD III,<br><br>Defendant. | **ORDER**<br><br>**25 Cr. 225 (CS)** |

Pursuant to 28 U.S.C. § 1651, the Court hereby orders the United States Probation ~~Service~~ Office to provide to the United States Attorney's Office for the Southern District of New York a full and complete copy, for the dates December 19, 2024 to September 24, 2026, of the internal "chronos" file documenting the supervision of defendant James Sandford III, for use (including compliance with the Government's disclosure obligations) in the upcoming VOSR hearing.

Dated: White Plains, New York
November 4, 2026

Cathy Seibel
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

2026.08.18