**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 17, 2026

**<u>BY ECF</u>**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. James Sandford III*, 25 Cr. 225 (CS)**

Dear Judge Seibel:

The parties write to jointly request an adjournment of the November 24, 2026 revocation hearing in this matter to January 14, 2027 at 9:45 a.m. This adjournment is requested to accommodate the trial calendar of defense counsel, who was appointed on November 13, 2026.

The Government further requests that the previously-imposed deadline for the production of 3500/Rule 26.2 material be adjourned to January 7, 2027, which is approximately one week prior to the rescheduled revocation hearing. The defense consents to this request.

Request approved. Revocation hearing adjourned to 1/14/27 at 9:45 a.m. 3500/Rule 26.2 material to be turned over by 1/7/27.

SO ORDERED.

11/17/26 Cathy Seibel
CATHY SEIBEL, U.S.D.J.

Very truly yours,

JAMES M. McDONALD
United States Attorney

by: John Wynne
John Wynne
Assistant United States Attorney
(914) 993-1921

cc: Howard E. Tanner, Esq. (by ECF)